[No. 35545-7-I.     Division One.     September 16, 1996.]

MILES S. SCHLOSBERG, ET AL., *Appellants*, v. CHICOINE
& HALLETT, P.S., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-22717-7, Peter D. Jarvis, J., entered
October 4, 1994. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Becker and Cox, JJ.

[No. 35677-1-I.     Division One.     September 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
MARCUS CARLOS EAGLETON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-03984-5, Jo Anne Alumbaugh, J., entered
November 21, 1994. *Affirmed* by unpublished opinion per
Cox, J., concurred in by Kennedy, A.C.J., and Coleman, J.

[No. 35761-1-I.     Division One.     September 16, 1996.]

*In the Matter of the Marriage of* GALEN COCHRAN,
*Appellant*, and NICOLE DANIELLE COCHRAN,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 94-3-05701-8, Peter D. Jarvis, J., entered
November 18, 1994. *Affirmed* by unpublished opinion per
Cox, J., concurred in by Kennedy, A.C.J., and Becker, J.

[No. 36099-0-I.     Division One.     September 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
C.S., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-8-06113-7, Bobbe J. Bridge, J., entered Feb-
ruary 9, 1995. *Affirmed* by unpublished per curiam
opinion.